UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DAVID PATERSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-03260-JPH-MPB |
| | ) | |
| WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER ON MOTION FOR CASE STATUS**

David Paterson, an inmate of the Indiana Department of Correction, brought this habeas action challenging his prison disciplinary conviction. The Court issued an Order denying the petition on August 10, 2021. After the petition was denied, Mr. Paterson filed a motion requesting an update on the status of his petition.

The motion for case status, dkt. [14], is **GRANTED to the extent** that the Court issues this Order informing Mr. Paterson that his petition has been denied. The **clerk is directed** to send Mr. Paterson a copy of the Order denying the petition, dkt. [12], and a copy of the Final Judgment, dkt. [13], with his copy of this Order.

**SO ORDERED**.

Date: 8/31/2021

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

DAVID PATERSON
260210
NEW CASTLE - CF
NEW CASTLE CORRECTIONAL FACILITY - Inmate Mail/Parcels
1000 Van Nuys Road
NEW CASTLE, IN 47362

Marjorie H. Lawyer-Smith
INDIANA ATTORNEY GENERAL
marjorie.lawyer-smith@atg.in.gov